# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JAZMINE TRANESE BURRIS and CORY LAMON MORRIS,<br><br>Plaintiffs<br><br>v.<br><br>LUCIA VIRGINIA SPINELLI, et al.,<br><br>Defendants | Case No.: 2:21-cv-01812-APG-EJY<br><br>**Order to Show Cause Why This Action Should Not Be Remanded for Lack of Subject Matter Jurisdiction** |

In light of defendant Hertz Vehicles LLC's response to the order to show cause (ECF No. 7),

I ORDER that the order to show cause (ECF No. 6) is satisfied, and I will not remand this action to state court for lack of subject matter jurisdiction.

DATED this 22nd day of October, 2021.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE